*April*

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SAC | 112633 | 004 | | 0000140005 | 1 |

# Earnings Statement

**ADP**

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Period Beginning: 03/24/2024
Period Ending: 03/30/2024
Pay Date: 04/04/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

BASSEM BASSAM
19-72 77TH STREET
QUEENS NY 11370

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.9508 | 40.00 | 1,118.03 | 14,758.02 |
| Overtime | 41.9262 | 16.00 | 670.82 | 8,783.54 |
| Holiday | | | | 447.22 |
| Worked Holiday | | | | 2,012.46 |
| **Gross Pay** | | | **$1,788.85** | 26,001.24 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -99.90 | 1,555.44 |
| | Social Security Tax | -110.91 | 1,612.08 |
| | Medicare Tax | -25.94 | 377.02 |
| | NY State Income Tax | -87.23 | 1,300.72 |
| | New York Cit Income Tax | -65.49 | 957.85 |
| | NY Paid Family Leave Ins | -6.67 | 96.97 |
| | **Other** | | |
| | Union Dues | -85.00 | 170.00 |
| | Meals Reimb | | -510.00 |
| | **Adjustment** | | |
| | Meals Reimb | +30.00 | |
| **Net Pay** | | | **$1,337.71** |
| | Checking 1 | -1,337.71 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $1,788.85

**Other Benefits and Information**        this period    total to date
Totl Hrs Worked                              56.00

**Important Notes**
YOUR COMPANY PHONE NUMBER IS (212) 634-8900

BASIS OF PAY: HOURLY

BE ADVISED THAT YOU WILL BE CHARGED A $69 FEE EACH PAYCHECK IF CASHED PRIOR TO PAYDATE.

**Additional Tax Withholding Information**
Taxable Marital Status:
  NY:              Married
  New York Cit:    Married
Exemptions/Allowances:
  NY:              0
  New York Cit:    0

© 2000 ADP, Inc.

---

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Advice number:   00000140005
Pay date:        04/04/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BASSEM BASSAM | xxxxxx5260 | xxxx xxxx | $1,337.71 |

*THIS IS NOT A CHECK*

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SAC | 112633 | 004 | | 0000154006 | 1 |

# Earnings Statement 

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Period Beginning: 03/31/2024
Period Ending: 04/06/2024
Pay Date: 04/11/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

BASSEM BASSAM
19-72 77TH STREET
QUEENS NY 11370

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.9508 | 40.00 | 1,118.03 | 15,876.05 |
| Overtime | 41.9262 | 8.00 | 335.41 | 9,118.95 |
| Holiday | | | | 447.22 |
| Worked Holiday | | | | 2,012.46 |
| **Gross Pay** | | | **$1,453.44** | 27,454.68 |

Your federal taxable wages this period are $1,453.44

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 48.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.65 | 1,615.09 |
| | Social Security Tax | -90.11 | 1,702.19 |
| | Medicare Tax | -21.07 | 398.09 |
| | NY State Income Tax | -68.37 | 1,369.09 |
| | New York Cit Income Tax | -51.24 | 1,009.09 |
| | NY Paid Family Leave Ins | -5.42 | 102.39 |
| | Other | | |
| | Meals Reimb | | -540.00 |
| | Union Dues | | 170.00 |
| | Adjustment | | |
| | Meals Reimb | +30.00 | |
| | **Net Pay** | **$1,187.58** | |
| | Checking 1 | -1,187.58 | |
| | **Net Check** | **$0.00** | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS (212) 634-8900

BASIS OF PAY: HOURLY

BE ADVISED THAT YOU WILL BE CHARGED A $69 FEE EACH PAYCHECK IF CASHED PRIOR TO PAYDATE.

### Additional Tax Withholding Information
Taxable Marital Status:
  NY: Married
  New York Cit: Married
Exemptions/Allowances:
  NY: 0
  New York Cit: 0

© 2000 ADP, Inc.

---

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Advice number: 00000154006
Pay date: 04/11/2024



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BASSEM BASSAM | xxxxxx5260 | xxxx xxxx | $1,187.58 |

## NON-NEGOTIABLE

March

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SAC | 112633 | 004 | | 0000100005 | 1 |

# Earnings Statement 

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE  RESIDENTIAL   NEW YORK,INC.
622 THIRD AVENUE  15TH FL
NEW YORK, NY 10017

Period Beginning: 02/25/2024
Period Ending:    03/02/2024
Pay Date:         03/07/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

BASSEM BASSAM
19-72  77TH  STREET
QUEENS  NY  11370

### Earnings
| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.9508 | 40.00 | 1,118.03 | 10,285.90 |
| Overtime | 41.9262 | 16.25 | 681.30 | 6,079.30 |
| Holiday | | | | 447.22 |
| Worked Holiday | | | | 2,012.46 |
| **Gross Pay** | | | **$1,799.33** | 18,824.88 |

Your federal taxable wages this period are $1,799.33

### Other Benefits and Information
| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.25 | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS (212) 634-8900

BASIS OF PAY: HOURLY

BE ADVISED THAT YOU WILL BE CHARGED A $69 FEE EACH PAYCHECK IF CASHED PRIOR TO PAYDATE.

### Deductions
**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -101.15 | 1,153.34 |
| Social Security Tax | -111.56 | 1,167.14 |
| Medicare Tax | -26.09 | 272.96 |
| NY State Income Tax | -87.86 | 948.58 |
| New York Cit Income Tax | -65.94 | 694.99 |
| NY Paid Family Leave Ins | -6.71 | 70.21 |

**Other**
| | | |
|---|---|---|
| Union Dues | -85.00 | 85.00 |
| Meals Reimb | | -390.00 |

**Adjustment**
| | | |
|---|---|---|
| Meals Reimb | +60.00 | |

| **Net Pay** | **$1,375.02** |
|---|---|
| Checking 1 | -1,375.02 |
| **Net Check** | **$0.00** |

### Additional Tax Withholding Information
Taxable Marital Status:
  NY:              Married
  New York Cit:    Married
Exemptions/Allowances:
  NY:              0
  New York Cit:    0

© 2000 ADP, Inc.

---

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Advice number:  00000100005
Pay date:       03/07/2024

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BASSEM BASSAM | xxxxxx5260 | xxxx xxxx | $1,375.02 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SAC | 112633 | 004 | | 0000110005 | 1 |

# Earnings Statement



1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK,INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Period Beginning: 03/03/2024
Period Ending: 03/09/2024
Pay Date: 03/14/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Standard Withholding Table

BASSEM BASSAM
19-72 77TH STREET
QUEENS NY 11370

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.9508 | 40.00 | 1,118.03 | 11,403.93 |
| Overtime | 41.9262 | 16.25 | 681.30 | 6,760.60 |
| Holiday | | | | 447.22 |
| Worked Holiday | | | | 2,012.46 |
| **Gross Pay** | | | **$1,799.33** | 20,624.21 |

Your federal taxable wages this period are $1,799.33

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 56.25 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -101.15 | 1,254.49 |
| | Social Security Tax | -111.56 | 1,278.70 |
| | Medicare Tax | -26.09 | 299.05 |
| | NY State Income Tax | -87.86 | 1,036.44 |
| | New York Cit Income Tax | -65.94 | 760.93 |
| | NY Paid Family Leave Ins | -6.71 | 76.92 |
| | **Other** | | |
| | Meals Reimb | | -420.00 |
| | Union Dues | | 85.00 |
| | **Adjustment** | | |
| | Meals Reimb | +30.00 | |
| **Net Pay** | | **$1,430.02** | |
| | Checking 1 | -1,430.02 | |
| **Net Check** | | **$0.00** | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS (212) 634-8900

BASIS OF PAY: HOURLY

BE ADVISED THAT YOU WILL BE CHARGED A $69 FEE EACH PAYCHECK IF CASHED PRIOR TO PAYDATE.

### Additional Tax Withholding Information
Taxable Marital Status:
  NY: Married
  New York Cit: Married
Exemptions/Allowances:
  NY: 0
  New York Cit: 0

© 2000 ADP, Inc.

---

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK,INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Advice number: 00000110005
Pay date: 03/14/2024

| Deposited to the account of | account number | transit | ABA | amount |
|---|---|---|---|---|
| BASSEM BASSAM | xxxxxx5260 | xxxx | xxxx | $1,430.02 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SAC | 112633 | 004 | | 0000120005 | 1 |

# Earnings Statement



1049 FIFTH AVENUE CO
C/O FIRSTSERVICE  RESIDENTIAL  NEW YORK,INC.
622 THIRD AVENUE  15TH FL
NEW YORK, NY 10017

Period Beginning:  03/10/2024
Period Ending:     03/16/2024
Pay Date:          03/21/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

BASSEM BASSAM
19-72  77TH STREET
QUEENS NY 11370

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.9508 | 40.00 | 1,118.03 | 12,521.96 |
| Overtime | 41.9262 | 8.25 | 345.89 | 7,106.49 |
| Holiday | | | | 447.22 |
| Worked Holiday | | | | 2,012.46 |
| **Gross Pay** | | | **$1,463.92** | 22,088.13 |

Your federal taxable wages this period are $1,463.92

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 48.25 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -60.90 | 1,315.39 |
| | Social Security Tax | -90.76 | 1,369.46 |
| | Medicare Tax | -21.23 | 320.28 |
| | NY State Income Tax | -68.95 | 1,105.39 |
| | New York Cit Income Tax | -51.68 | 812.61 |
| | NY Paid Family Leave Ins | -5.46 | 82.38 |
| | **Other** | | |
| | Meals Reimb | -435.00 | |
| | Union Dues | 85.00 | |
| | **Adjustment** | | |
| | Meals Reimb | +15.00 | |
| | **Net Pay** | **$1,179.94** | |
| | Checking 1 | -1,179.94 | |
| | **Net Check** | **$0.00** | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS (212) 634-8900

BASIS OF PAY: HOURLY

BE ADVISED THAT YOU WILL BE CHARGED A $69 FEE EACH PAYCHECK IF CASHED PRIOR TO PAYDATE.

### Additional Tax Withholding Information
Taxable Marital Status:
  NY:              Married
  New York Cit:    Married
Exemptions/Allowances:
  NY:              0
  New York Cit:    0

© 2000 ADP, Inc.

---

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE  RESIDENTIAL  NEW YORK,INC.
622 THIRD AVENUE  15TH FL
NEW YORK, NY 10017

Advice number:  00000120005
Pay date:       03/21/2024

Deposited to the account of
BASSEM BASSAM

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5260 | xxxx  xxxx | $1,179.94 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| SAC | 112633 | 004 | | 0000130005 | 1 |

# Earnings Statement



1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Period Beginning: 03/17/2024
Period Ending: 03/23/2024
Pay Date: 03/28/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

BASSEM BASSAM
19-72 77TH STREET
QUEENS NY 11370

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 27.9508 | 40.00 | 1,118.03 | 13,639.99 |
| Overtime | 41.9262 | 24.00 | 1,006.23 | 8,112.72 |
| Holiday | | | | 447.22 |
| Worked Holiday | | | | 2,012.46 |
| **Gross Pay** | | | **$2,124.26** | 24,212.39 |

Your federal taxable wages this period are $2,124.26

**Other Benefits and Information** | this period | total to date
Totl Hrs Worked | 64.00 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -140.15 | 1,455.54 |
| | Social Security Tax | -131.71 | 1,501.17 |
| | Medicare Tax | -30.80 | 351.08 |
| | NY State Income Tax | -108.10 | 1,213.49 |
| | New York Cit Income Tax | -79.75 | 892.36 |
| | NY Paid Family Leave Ins | -7.92 | 90.30 |
| | **Other** | | |
| | Meals Reimb | | -480.00 |
| | Union Dues | | 85.00 |
| | **Adjustment** | | |
| | Meals Reimb | +45.00 | |
| | **Net Pay** | **$1,670.83** | |
| | Checking 1 | -1,670.83 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS (212) 634-8900

BASIS OF PAY: HOURLY

BE ADVISED THAT YOU WILL BE CHARGED A $69 FEE
EACH PAYCHECK IF CASHED PRIOR TO PAYDATE.

**Additional Tax Withholding Information**
Taxable Marital Status:
NY: Married
New York Cit: Married
Exemptions/Allowances:
NY: 0
New York Cit: 0

© 2000 ADP, Inc.

---

1049 FIFTH AVENUE CO
C/O FIRSTSERVICE RESIDENTIAL NEW YORK, INC.
622 THIRD AVENUE 15TH FL
NEW YORK, NY 10017

Advice number: 00000130005
Pay date: 03/28/2024

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| BASSEM BASSAM | xxxxxx5260 | xxxx xxxx | $1,670.83 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE